IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PE, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A",<br><br>       Defendants. | Case No. 24-cv-03473<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff PE, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Def. No. |
|---|---|
| biangsimaoyi | 100 |
| Evita Peroni | 102 |
| DIMUGE | 105 |
| sanfengzhi | 159 |
| yiciwanju | 184 |
| wba-da | 271 |

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling defendants have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: June 21, 2024  Respectfully submitted,

                                                    PE, LLC,

                                                    By:  /s/ James E. Judge

                                                Zareefa B. Flener (IL Bar No. 6281397)
                                                James E. Judge (IL Bar No. 6243206)
                                                Ying Chen (IL Bar No. 6346961)
                                                Flener IP Law, LLC
                                                77 West Washington Street, Suite 800
                                                Chicago, Illinois 60602
                                                jjudge@fleneriplaw.com
                                                (312) 724-8874